# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

PAMELA M. NUNES,

    Plaintiff,

v.

CLERKS, *et al.*,

    Defendants.

Case No. 2:18-cv-00958-RFB-CWH

**ORDER**

This Court has an obligation to determine its own jurisdiction in cases before it. The Court has reviewed the Complaint and the record in this case and finds that the Court lacks jurisdiction over the alleged disputes in this matter. While the Complaint is allegedly brought pursuant to 42 U.S.C. § 1983, the Complaint does not allege a cognizable constitutional violation or a state actor who allegedly participated in it. Plaintiff also appears to allege inchoate state claims against unspecified entities/individuals without establishing this Court's jurisdiction over such claims.

Accordingly,

IT IS ORDERED that this case is DISMISSED without prejudice. All pending motions are DENIED without prejudice as moot. The Clerk of Court is instructed to close this case.

DATED: February 27, 2019.

_____

**RICHARD F. BOULWARE, II**
**United States District Judge**